**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marvin BUTLER, aka Mark Watson, Defendant—Appellant.**

No. 07–50248.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008 *.

Filed March 25, 2008.

Brent A. Whittlesey, Esq., Michael J. Raphael, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Gerald C. Salseda, Michael Tanaka, Esq., FPDCA—Federal Public Defender's

Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Marvin Butler appeals from the 70–month sentence imposed, following remand, for his jury-trial conviction for mail fraud, money laundering, making false statements to the Internal Revenue Service, and failing to file a tax return.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Butler's counsel has filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. We have provided Butler the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.